UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David L. Chapman ID#044071995
Attorney at Law
266 Highway 34
Matawan, New Jersey 07747
732-921-2161 (O)
Chapmanlaw646@gmail.com

In Re:
*KENDY DESROSIER*

Case No.:        _24-19451_____

Chapter:         ____13_____

Hearing Date:    _____

Judge:           _____RG_____

## NOTICE OF MOTION TO

*VACATE DISMISSAL*

*DAVID CHAPMAN* has filed papers with the court to *VACATE DISMISSAL*
_____ .

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        November 12, 2024

Hearing Time:        10:00am

Hearing Location:    Martin Luther King, Jr. Federal Building
                     50 Walnut Street
                     Newark, NJ 07102

Courtroom Number:    3E

    If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*Marie-Ann Greenberg, Esq.*

*Ch. 13 Standing Trustee*

*30 Two Bridges Road*

*Suite 330*

*Fairfield, New Jersey 07004-1550*

    If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   October 25, 2024                  __/s/David L. Chapman, Esq.__
                                                        Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David L. Chapman ID#044071995
Attorney at Law
266 Highway 34
Matawan, New Jersey 07747
732-921-2161 (O)
Chapmanlaw646@gmail.com

In Re:
*KENDY DESROSIER*

Case No.:        _24-19451_____

Chapter:         ____13_____

Hearing Date:    _____

Judge:           _____RG_____

## CERTIFICATION OF *David L. Chapmn*

I, David Chapman, attorney for Debtoor in the above captioned case, submits this Certification in support of the Motion to Vacate Dismissal of the bankruptcy matter filed by me on October 30, 2024.

1. *The missing documents that were not filed will be submitted within 7 days of the Order to* reinstate the matter. Debtor seeks to complete the bankruptcy matter. The issue for not filing the documents timely has been resolved.

I certify under penalty of perjury that the above is true.

Date:  October 30 , 2024              __/s/David L. Chapman, Esq.
                                            Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David L. Chapman ID#044071995
Attorney at Law
266 Highway 34
Matawan, New Jersey 07747
732-921-2161 (O)
Chapmanlaw646@gmail.com

In Re:
*KENDY DESROSIER*

| | |
|---|---|
| Case No.: | _24-19451_____ |
| Chapter: | ____13_____ |
| Hearing Date: | _____ |
| Judge: | _____RG_____ |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: October 25, 2024                    __/s/David L. Chapman, Esq.
                                                            Signature

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>David L. Chapman ID#044071995<br>Attorney at Law<br>266 Highway 34<br>Matawan, New Jersey 07747<br>732-921-2161 (O)<br>Chapmanlaw646@gmail.com | |
| In Re:<br>*KENDY DESROSIER* | Case No.: _24-19451_____<br><br>Chapter: ____13_____<br><br>Hearing Date: _____<br><br>Judge: _____RG_____ |

## CERTIFICATION OF SERVICE

1. I, David Chapman_:

    represent Kendy Desrosier in this matter.

2. On *October 30, 2024*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ☐ Notice of Motion *[Enter title of motion]*
    _____

    ☐ Certification in Support of Motion *[Enter title of motion]* _____
    _____

    ☐ Statement as to Why No Brief is Necessary

    ☐ Proposed Order Granting Motion *[Enter title of motion]* _____
    _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 25, 2024                    /s/David L. Chapman, Esq.
                                                              Signature

| | |
|---|---|
| **Deutsche Bank National Trust Company** <br> **Robertson, Anschutz, Schneid, Crane** | **U.S. Bank National Association** <br> **Robertson, Anschutz, Schneid, Crane** |
| **13010 Morris Road, Suite 450** | **13010 Morris Road, Suite 450** |
| **Alpharetta, GA 30004-2001** | **Alpharetta, GA 30004-2001** |
| **(p)JEFFERSON CAPITAL SYSTEMS LLC** | **PHH Mortgage** |
| **PO BOX 7999** | **Customer Service** |
| **SAINT CLOUD MN 56302-7999** | **POB 5452** <br> **Mount Laurel, NJ 08054-5452** |
| **Quantum3 Group LLC as agent for** <br> **Concora Credit Inc.** | |
| **PO Box 788** | |
| **Kirkland, WA 98083-0788** | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David L. Chapman ID#044071995
Attorney at Law
266 Highway 34
Matawan, New Jersey 07747
732-921-2161 (O)
Chapmanlaw646@gmail.com

In Re:

*KENDY DESROSIER*

Case No.: _24-19451_____

Chapter: ____13_____

Hearing Date: _____

Judge: _____RG_____

# ORDER DENYING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

The Court having reviewed the movant's request to Vacate Dismissal, and any related responses or objections, it is hereby

ORDERED that:

The Dismissal be Vacated and the matter restored to the calendar.