Order Filed on February 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 24-19451-RG |
|---|---|
| Kendy Desrosier, | Judge Rosemary Gambardella |
| Debtor | Hearing Date: |
| | March 5, 2025 at 2:00 PM |

**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED UPON COUNSEL FOR FAILURE TO APPEAR AT HEARING**

The relief set forth on the following numbered pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: February 7, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

A hearing was held on January 15, 2025 on the Debtor's Motion to Vacate Dismissal of the Case but there were no appearances on behalf of the Debtor. Following the hearing, by e-mail dated January 15, 2025, the Court directed counsel to the Debtor, David Chapman, Esq., of the Law Offices of David L. Chapman, to appear at a hearing scheduled for February 5, 2025, on the Debtor's Motion to Vacate Dismissal of the Chapter 13 case and to advise the Court of the status of the case and the Motion to Vacate Dismissal. (See attached Exhibit A). There were no appearances on behalf of the Debtor at the February 5, 2025 hearing.

The Court having noted the history of this case, it is hereby

**ORDERED that Mr. David Chapman shall appear before the Honorable Rosemary Gambardella for a hearing, at the date and time set forth below, via Court Solutions, to show cause why sanctions should not be imposed against Mr. David Chapman for failure to appear at the February 5, 2025 hearing:**

**Hearing Date**: March 5, 2025

**Time**: 2:00 PM

Parties required to, or wishing to, appear at the hearing shall register by 3:00 PM the day prior to the hearing at www.court-solutions.com.

In Re: Kendy Desrosier
24-19451-RG

# Exhibit A

**From:** Nicole Leonard
**Sent:** Wednesday, January 15, 2025 4:31 PM
**To:** chapmanlaw646@gmail.com
**Cc:** mag_magtrustee.com <mag@magtrustee.com>; Charlene Richardson <Charlene_Richardson@njb.uscourts.gov>; Sharon Moore <Sharon_Moore@njb.uscourts.gov>
**Subject:** 24-19451 In re Kendy Desrosier

Dear Mr. Chapman

You filed a Motion to Vacate Dismissal [Doc. 12] in the above matter to which the Ch. 13 Trustee filed an Objection [Doc. 13]. A hearing on the motion was scheduled for today with an appearance by the Ch. 13 Trustee, Ms. Greenberg, but there was no appearance on behalf of the Debtor. The Motion has been adjourned until February 5, 2025, at 2:00 PM.

This email is to notify you to appear at the February 5, 2025, 2:00 pm hearing via Court Solutions to advise the Court of the status of this case and the Motion to Vacate Dismissal. Registration for CourtSolutions, at http://www.Court-Solutions.com, should be done no later than 3 p.m. the day prior to the hearing. Thank you.



**Nicole Leonard**
**Law Clerk for Judge Gambardella**
**United States Bankruptcy Court**
**District of New Jersey**
**p:** **(973) 645 2326**
**e:** **nicole_leonard@njb.uscourts.gov**